UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

LEO HUNT                                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:08cv227-DCB-JMR

WERNER ENTERPRISES, INC.                                              DEFENDANT

## ORDER OF REMAND

This cause having come before the Court on the plaintiff's Motion to Remand [docket entry no. 3] and the Court having granted said Motion because it lacks jurisdiction over the subject matter of the action; accordingly, pursuant to 28 U.S.C. § 1447(c),

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is remanded to the Circuit Court of Adams County, Mississippi.

**SO ORDERED AND ADJUDGED**, this the 23rd day of July 2008.

                                                s/ David Bramlette
                                           **UNITED STATES DISTRICT JUDGE**